**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

MICHAEL GOODWIN, )
)
        Petitioner, )
)
      v. )      No.  4:23-cv-00597-RWS
)
UNITED STATES OF AMERICA, )
)
        Respondent. )

**MEMORANDUM AND ORDER**

This matter is before the Court on respondent the United States of America's motion to dismiss petitioner's sixth petition for writ of error coram nobis. For the following reasons, the motion will be granted.

As the government states in its motion, Goodwin has filed this petition for writ of error coram nobis multiple times, and it has always been denied. *See Goodwin v. United States*, 4:16-cv-0007-SNLJ (filed Jan. 4, 2016); *Goodwin v. United States*, 4:18-cv-00011-CDP (filed Jan. 2, 2018); *Goodwin v. United States*, 4:19-cv-01893-HEA (filed Jul. 9, 2019); *United States v. Goodwin*, 4:01-cr-00173-RWS-2 (filed Sept. 8, 2021) (ECF No. 769); and *Goodwin v. United States*, 4:23-cv-00230-RWS, 2023 WL 2561759 at *3 (E.D. Mo. Mar. 17, 2023).

The Court denied Goodwin's fifth petition for writ of error coram nobis less than two months ago, stating "Goodwin's arguments here are nothing but a reiteration of his prior filings before both this Court and his appeals to the Eighth Circuit. Goodwin's assertions have been denied

in his motion for reduction of sentence based on Amendment 706, as well as his four prior petitions for writ of error coram nobis, and appeals with the Eighth Circuit." *Id.* at *4.[1]

Goodwin's claims in this case are identical to his prior coram nobis petitions, and like those, he has not stated a plausible claim for coram nobis relief. Goodwin has presented nothing to convince the Court that its earlier determinations were incorrect.

Accordingly,

**IT IS HEREBY ORDERED** that the government's motion to dismiss petitioner's petition for writ of error coram nobis is **GRANTED**. [ECF No. 3]

**IT IS FURTHER ORDERED** that petitioner's petition for writ of error coram nobis is **DENIED** and this case is **DISMISSED**. [ECF No. 1]

An order of dismissal will accompany this memorandum and order.

Dated this 15th day of May, 2023.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

---

[1] The Court incorporates herein by reference its memorandum and order in *Goodwin v. United States*, No. 4:23-cv-230-RWS, 2023 WL 2561759 (filed Mar. 17, 2023).